■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NANCY L. TRUVER, Appellant. [668 NYS2d 131] —Judgment unanimously affirmed. Same Memorandum as in *People v Truver* (244 AD2d 990 [decided herewith]). (Appeal from Judgment of Chautauqua County Court, Ward, J.—Criminal Possession Marihuana, 4th Degree.) Present—Denman, P. J., Green, Pine, Callahan and Boehm, JJ.